```
 1  KAREN P. HEWITT
    United States Attorney
 2  JONATHAN I. SHAPIRO
    Assistant U.S. Attorney
 3  California Bar Number (pending)
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7085/(619) 235-2757
    jonathan.shapiro@usdoj.gov
 6
 7  Attorneys for Plaintiff
    United States of America
 8
```

FILED
2007 MAY 29 PM 3:42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ dp _____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE DISCLOSURE OF SUBSCRIBER AND OTHER INFORMATION, INCLUDING CELL SITE INFORMATION<br><br>IN RE: **YOLANDA GUTIERREZ-CASTRO** | Case No. 07MC0263<br><br>EX PARTE MOTION AND ORDER TO UNSEAL APPLICATION AND ORDER |

The United States of America, through its attorneys, Karen P. Hewitt, United States Attorney, and Jonathan I. Shapiro, Assistant U.S. Attorney, moves this Court to unseal the Application and Order in Magistrate Case No. 07MC0263 obtained and sealed on May 3, 2007.

In support of this Motion, counsel for the government states that the need for continued secrecy has passed.

Accordingly, it is requested that the Court order that the Application and Order in Magistrate Case No. 07MC0263 be unsealed.

07MC0263

```
1  Dated: May 25, 2007
2
3                                       Respectfully submitted,
4                                       KAREN P. HEWITT
                                        United States Attorney
5
6                                  By:  [signature]
                                        JONATHAN I. SHAPIRO
7                                       Assistant U. S. Attorney
8
9                                    ORDER
10 Upon motion of the United States, good cause appearing therefor,
11 IT IS HEREBY ORDERED that the Application and Order in Magistrate Case
12 No. 07MC0263 are unsealed.
13
14
15 Dated: 5/29/07
                                        [signature]
16                                      HONORABLE CATHY A. BENCIVENGO
                                        United States Magistrate Judge
17
```